IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-32582-H1-7 |
| SHAKIR'S INTERNATIONAL, LLC | § | |
| | § | (Chapter 7) |
| Debtor | § | |

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE | § | |
| Plaintiff | § | ADVERSARY NO. 15-3239 |
| | § | |
| v. | § | |
| | § | |
| MUNIRA SHAKIR | § | |
| Defendant | § | |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

Main Case No: 14-32582                     Name of Debtor: Shakir's International, LLC
Adversary No: 15-3239                      Style of Adversary: Tow v. Shakir

Witnesses:
Rodney Tow, Trustee                        Judge: Marvin Isgur
Helga Zauner, Expert                       Courtroom Deputy: Mario Rios
Munira Shakir                              Hearing Date: March 15, 2016
Gagan Khan                                 Hearing Time: 2:00 p.m.
Vianey Garza                               Party's Name: Rodney Tow, Trustee
                                           Attorney's Name: Theresa Mobley
                                           Attorney's Phone: (713) 789-0500

Nature of Proceeding: Hearing on Trustee's Emergency Motion to Enforce Court's Discovery Order and Extend Pretrial Deadlines and Trial Date

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Curriculum Vitae of Helga Zauner | | | | |
| 2 | 2012 Tax Returns for Shakir's International, Kausar Ali, and Hussain Shaikh produced March 8, 2016 | | | | |
| 3 | 2012 Tax Return produced pre-adversary | | | | |
| 4 | 2013 Tax Returns for Hussain Shaikh, Munira Shakir, and Shakir's International, produced March 8, 2016 | | | | |
| 5 | Work papers of Huned Doctor CPA | | | | |
| 6 | Bank Statements for Bank of America Account #2952 from October to December 2011 | | | | |
| 7 | Check Images for Bank of America Account #2952 for December 2012 | | | | |
| 8 | 2013 Year End Profit & Loss Statement for Shakir's International, LLC | | | | |
| 9 | 2012 Export Spreadsheet | | | | |
| 10 | Invoices for HSSK, LLC | | | | |
| | | | | | |

Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time before the hearing and the right to (i) introduce exhibits or witnesses not listed above on rebuttal during cross examination, as applicable, and/or for the purposes of impeachment; (ii) not introduce exhibits or witnesses listed above; (iii) use documents not listed herein to refresh witnesses' recollections; and (iv) introduce demonstrative exhibits, which could include the exhibits listed above as well as demonstrative exhibits that incorporate material from the exhibits described above and from the other sources.

## **CERTIFICATE OF SERVICE**

  I certify that on March 11, 2016, a true and correct copy of the foregoing Trustee's Exhibit and Witness List and all Exhibits were served on Defendant's counsel by electronic mail as provided below.

Gagan Khan
The Khan Law Firm
gagankhan@gkhanlawfirm.com, gagan.w.khan@gmail.com

              */s/ Vianey Garza*
              VIANEY GARZA