IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-32582-H1-7 |
| SHAKIR'S INTERNATIONAL, LLC | § | |
| | § | (Chapter 7) |
| Debtor | § | |

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE | § | |
| Plaintiff | § | ADVERSARY NO. 15-3239 |
| | § | |
| v. | § | |
| | § | |
| MUNIRA SHAKIR | § | |
| Defendant | § | |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

Main Case No: 14-32582                  Name of Debtor: Shakir's International, LLC
Adversary No: 15-3239                   Style of Adversary: Tow v. Shakir

Witnesses:
Rodney Tow, Trustee                     Judge: Marvin Isgur
Helga Zauner, Expert                    Courtroom Deputy: Mario Rios
Munira Shakir                           Hearing Date: April 28, 2016
Gagan Khan                              Hearing Time: 9:00 a.m.
Vianey Garza                            Party's Name: Rodney Tow, Trustee
                                        Attorney's Name: Theresa Mobley
                                        Attorney's Phone: (713) 789-0500

Nature of Proceeding: Hearing on Trustee's Emergency Motion to Enforce Court's Discovery Order and Extend Pretrial Deadlines and Trial Date

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Curriculum Vitae of Helga Zauner | | | | |
| 2 | 2012 Tax Returns for Shakir's International, Kausar Ali, and Hussain Shaikh produced March 8, 2016 | | | | |
| 3 | 2012 Tax Return for Shakir's International produced pre-adversary | | | | |
| 4 | 2013 Tax Returns for Hussain Shaikh, Munira Shakir, and Shakir's International, produced March 8, 2016 | | | | |
| 5 | Work papers of Huned Doctor CPA | | | | |
| 6 | Bank Statements for Bank of America Account #2952 from October to December 2011 | | | | |
| 7 | Check Images for Bank of America Account #2952 for December 2012 | | | | |
| 8 | 2013 Year End Profit & Loss Statement for Shakir's International, LLC | | | | |
| 9 | 2012 Export Spreadsheet | | | | |
| 10 | Invoices for HSSK, LLC | | | | |
| 11 | Email from Munira Shakir dated April 21, 2016 | | | | |
| 12 | 2012 Tax Return for Shakir's International produced by Huned Doctor on April 26, 2016 | | | | |
| 13 | Summary of Documents Produced from All Sources to Date | | | | |
| | | | | | |

Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time before the hearing and the right to (i) introduce exhibits or witnesses not listed above on rebuttal during cross examination, as applicable, and/or for the purposes of impeachment; (ii) not introduce exhibits or witnesses listed above; (iii) use documents not listed herein to refresh witnesses' recollections; and (iv) introduce demonstrative exhibits, which could include the exhibits listed above as well as demonstrative exhibits that incorporate material from the exhibits described above and from the other sources.

## CERTIFICATE OF SERVICE

I certify that on April 26, 2016, a true and correct copy of the foregoing Trustee's Exhibit and Witness List and exhibits were served on Defendant and Defendant's counsel by electronic mail as follows.

**Defendant**
Munira Shakir
ms_intl52@hotmail.com

**Defendant's Counsel**
Gagan Khan
The Khan Law Firm
gagankhan@gkhanlawfirm.com, gagan.w.khan@gmail.com

                                      */s/ Vianey Garza*
                                      VIANEY GARZA