

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | ENTERED |
| SHAKIR'S INTERNATIONAL, L.L.C. § | CASE NO: 14-32582 | 04/28/2016 |
|     Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| RODNEY TOW CH 7 TRUSTEE § | | |
|     Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 15-03239 | |
| § | | |
| MUNIRA SHAKIR § | | |
|     Defendant(s) § | | |

### ORDER TO APPEAR
### AND ORDER CONTINUING HEARING

The Court orders:

1. Gagan Khan has not been authorized to withdraw as counsel. She must continue to represent Ms. Shakir until she has been allowed to withdraw.

2. Ms. Khan may not condition her compliance with this Court's order on the payment of funds by Ms. Shakir.

3. Ms. Khan is ordered to appear on May 16, 2016 at 2:00 p.m., fully prepared for the continued hearing on this matter.

4. On May 16, 2016 at 2:00 p.m., the Court will consider Ms. Khan's motion to withdraw. She should have her entire case file in Court at that time.

5. The hearing on the Trustee's motion to compel is continued to May 16, 2016 at 2:00 p.m.

6. On April 29, 2016, the Trustee will cause a person to go to Ms. Shakir's home. At that time, Ms. Shakir is ordered to turn over to the Trustee (i) the computer on which the records of the Debtor were maintained; (ii) the hard drive that has been removed from that computer; and (iii) all paper and electronic records showing the business of Shakir's International LLC, including the records of any dba for Shakir's International LLC.

7. The Trustee (or his counsel) must maintain all records received pursuant to paragraph 6, and must make them available for inspection and copying on reasonable notice to Ms. Shakir.

SIGNED **April 28, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE