

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/28/2016

| | | |
|---|---|---|
| IN RE: § | | |
| SHAKIR'S INTERNATIONAL, L.L.C. § | CASE NO: 14-32582 | |
| Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| RODNEY TOW CH 7 TRUSTEE § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 15-03239 | |
| § | | |
| MUNIRA SHAKIR § | | |
| Defendant(s) § | | |

## ORDER TO APPEAR
## AND ORDER CONTINUING HEARING

The Court orders:

1. Gagan Khan has not been authorized to withdraw as counsel. She must continue to represent Ms. Shakir until she has been allowed to withdraw.

2. Ms. Khan may not condition her compliance with this Court's order on the payment of funds by Ms. Shakir.

3. Ms. Khan is ordered to appear on May 16, 2016 at 2:00 p.m., fully prepared for the continued hearing on this matter.

4. On May 16, 2016 at 2:00 p.m., the Court will consider Ms. Khan's motion to withdraw. She should have her entire case file in Court at that time.

5. The hearing on the Trustee's motion to compel is continued to May 16, 2016 at 2:00 p.m.

6. On April 29, 2016, the Trustee will cause a person to go to Ms. Shakir's home. At that time, Ms. Shakir is ordered to turn over to the Trustee (i) the computer on which the records of the Debtor were maintained; (ii) the hard drive that has been removed from that computer; and (iii) all paper and electronic records showing the business of Shakir's International LLC, including the records of any dba for Shakir's International LLC.

7. The Trustee (or his counsel) must maintain all records received pursuant to paragraph 6, and must make them available for inspection and copying on reasonable notice to Ms. Shakir.

SIGNED **April 28, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

Tow Ch 7 Trustee,
　　　　Plaintiff                                                    Adv. Proc. No. 15-03239-mi

Shakir,
　　　　Defendant

## CERTIFICATE OF NOTICE

District/off: 0541-4　　　User: adol　　　Page 1 of 1　　　Date Rcvd: Apr 28, 2016
　　　　　　　　　　　　　Form ID: pdf002　 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2016.
dft           +Munira Shakir,   16706 Vivian Point Lane,   Houston, TX 77095-5096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla            Rodney Tow Ch 7 Trustee
                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2016                               Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2016 at the address(es) listed below:
　　　　　Gagan　Khan　　on behalf of Defendant Munira　Shakir gagan.w.khan@gmail.com
　　　　　Theresa D Mobley　　on behalf of Plaintiff Rodney　Tow Ch 7 Trustee tmobley@cagehill.com, staff@cagehill.com
　　　　　Vianey　Garza　　on behalf of Plaintiff Rodney　Tow Ch 7 Trustee vgarza@cagehill.com
                                                                                       TOTAL: 3