

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/16/2016

| | |
|---|---|
| IN RE: § | |
| SHAKIR'S INTERNATIONAL, L.L.C. § | CASE NO: 14-32582 |
| Debtor(s) § | |
| § | CHAPTER 7 |
| § | |
| RODNEY TOW CH 7 TRUSTEE § | |
| Plaintiff(s) § | |
| § | |
| VS. § | ADVERSARY NO. 15-3239 |
| § | |
| MUNIRA SHAKIR § | |
| Defendant(s) § | |

### ORDER ALLOWING WITHDRAWAL OF ATTORNEY

For the reasons set forth on the record, Gagan Khan is withdrawn as Ms. Shakir's attorney.

SIGNED **May 16, 2016.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE